UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW C. WIGNER,**

      **Plaintiff,**

v.                                                **Case No:   6:15-cv-1642-Orl-41GJK**

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**

## REPORT AND RECOMMENDATION

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **COMMISSIONER'S UNOPPOSED MOTION FOR REMAND UNDER SENTENCE SIX OF 42 U.S.C. § 405(g) (Doc. No. 13)**
>
> **FILED:**   **January 19, 2016**
>
> _____
>
> **THEREON** it is **RECOMMENDED** that the motion be **GRANTED**.

On January 19, 2016, the Commissioner of Social Security (the "Commissioner") filed an Unopposed Motion for Remand Under Sentence Six of 42 U.S.C. § 405(g) (the "Motion"). Doc. No. 13. In the Motion, the Commissioner represents the hearing before the Administrative Law Judge ("ALJ") is not in the administrative record, and cannot be located. *Id*. at 3. Accordingly, the Commissioner requests the case be remanded for a new hearing before the ALJ. *Id*. at 3-4. Plaintiff has no objection to the relief requested. *Id*. at 1. Accordingly, it is **RECOMMENDED** that the Court:

1. **GRANT** the Motion (Doc. No. 13);
2. **REMAND** the case to the Commissioner for further proceedings pursuant to sentence six of Section 405(g) for the reasons set forth above;
3. Direct the Clerk to administratively close the case; and
4. Retain jurisdiction over the case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  *See* 11th Cir. R. 3-1.  **In order to expedite the final disposition of this matter, if the parties have no objection to this report and recommendation they may promptly file a joint notice of no objection**.

Recommended in Orlando, Florida on February 22, 2016.

_____
GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy