UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ANDREW C. WIGNER,**

      **Plaintiff,**

v.                                    Case No:  6:15-cv-1642-Orl-41GJK

**COMMISSIONER OF SOCIAL SECURITY,**

      **Defendant.**
_____/

**ORDER**

THIS CAUSE is before the Court on Commissioner's Unopposed Motion for Remand under Sentence Six of 42 U.S.C. § 405(g) ("Motion," Doc. 13). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation (Doc. 14) in which he recommends that this Court grant the Motion and remand the case to the Commissioner of Social Security ("Commissioner") pursuant to 42 U.S.C. § 405(g).

After an independent *de novo* review of the record and noting that the parties to the case do not object to the Report and Recommendation, (Doc. 15), this Court agrees with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 14) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion (Doc. 13) is **GRANTED**.

3. Counsel for Plaintiff shall file a status report with the Court ninety days from the date of this Order and every sixty days thereafter.

4. The Court directs the Clerk to administratively close this case.

5. The Court retains jurisdiction over this case.

**DONE** and **ORDERED** in Orlando, Florida on February 24, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record